*Francis K. Pendleton*, Corporation Counsel (*Theodore Connoly*, *Stephen O'Brien* and *Thomas F. Noonan* of counsel), for appellant.

*Albert C. Aubery* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Haight, Werner, Willard Bartlett, Hiscock and Chase, JJ.

---

Arthur B. Butler, as Administrator with the Will Annexed of John J. Bryant, Deceased, Respondent, *v.* George H. Mifflin et al., Composing the Firm of Houghton, Mifflin and Company, Appellants.

*Butler* v. *Mifflin*, 121 App. Div. 905, affirmed.
(Argued January 17, 1908; decided January 31, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover money alleged to have been deposited by plaintiff's testator in the defendants' savings department.

*James J. Allen* for appellants.

*Walter H. Gilpatric* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Haight, Werner, Willard Bartlett and Chase, JJ. Dissenting: Hiscock, J.

---

John G. Carlisle, Respondent, *v.* National Surety Company, Appellant.

*Carlisle* v. *National Surety Co.*, 117 App. Div. 922, affirmed.
(Argued January 22, 1908; decided January 31, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 13, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon two undertakings on appeal.

*Paul E. De Fere* for appellant.

*Austen G. Fox* and *Henry M. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD-BARTLETT and CHASE, JJ.

---

SOUTH BAY COMPANY, Respondent, *v.* WILLIAM J. HOWEY, Appellant.

(Submitted January 27, 1908; decided January 31, 1908.)

Motion to amend remittitur denied, without costs. (See 190 N. Y. 240.)

---

ISAAC P. SMITH, as Executor of and Trustee under the Will of CHARLES G. HAVENS, Deceased, Respondent, *v.* HAVENS RELIEF FUND SOCIETY et al., Respondents, and HARRIET A. PARMLY et al., Appellants.

(Submitted January 27, 1908; decided January 31, 1908.)

Motion to amend remittitur denied, with ten dollars costs. (See 190 N. Y. 557.)

---

WILLIAM R. HEARST, Appellant, *v.* GEORGE B. McCLELLAN, as Mayor of the City of New York, et al., Respondents.

*Hearst* v. *McClellan,* 116 App. Div. 928, affirmed.
(Argued January 20, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 20, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court